UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SCHERAZADE K. BOONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 09-1947 (JDB) |
| v. | ) | |
| | ) | |
| CORRECTIONS CORPORATION OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

**INITIAL SCHEDULING ORDER**

Pursuant to the initial scheduling conference held on this date, and the parties' Joint Rule 16.3 Report, it is hereby **ORDERED** as follows:

1. All discovery shall be completed by August 27, 2010. The parties shall be bound by the limits on discovery set forth in the parties' Joint Rule 16.3 Report.

2. Required disclosures under Fed. R. Civ. P. 26(a)(1) shall be completed by December 24, 2009, unless the parties mutually agree upon another date and notify the Court in writing of such an agreement.

3. Plaintiff shall serve its expert reports on defendant by March 26, 2010. Defendant shall serve its expert reports on plaintiff by May 14, 2010.

4. Dispositive motions shall be filed by not later than September 24, 2010.

5. A status conference shall be held on September 9, 2010, at 9:00 a.m. in Courtroom 8.

**SO ORDERED.**

                                                /s/
                                    JOHN D. BATES
                        UNITED STATES DISTRICT JUDGE

Dated: November 24, 2009